AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

DANIEL MAGNUS

v.

METRO NEW YORK, INC.
and Metro International, S.A.

**APPEARANCE**

Case Number: 08 CV 01731

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Metro New York, Inc. and Metro International S.A.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/10/2008 | _[signature]_ |
| Date | Signature |
| | Marjorie Kaye, Jr./Jackson Lewis LLP    7141 |
| | Print Name                              Bar Number |
| | 59 Maiden Lane |
| | Address |
| | New York     New York     10038 |
| | City          State        Zip Code |
| | (212) 545-4020     (212) 490-0991 |
| | Phone Number       Fax Number |