AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

DANIEL MAGNUS

v.

METRO NEW YORK, INC.
and Metro International, S.A.

**APPEARANCE**

Case Number: 08 CV 01731

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Metro New York, Inc. and Metro International S.A.

I certify that I am admitted to practice in this court.

| 3/10/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Nicole Q. Saldana/Jackson Lewis LLP | 6524 |
|---|---|
| Print Name | Bar Number |

59 Maiden Lane
Address

| New York | New York | 10038 |
|---|---|---|
| City | State | Zip Code |

| (212) 545-4012 | (212) 972-3213 |
|---|---|
| Phone Number | Fax Number |