UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

DANIEL E. MAGNUS,

        Plaintiff(s)

V.

        08-cv-1731 (LAK)

METRO NEW YORK, INC., and
METRO NEW YORK, S.A.,
        Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - x

## SCHEDULING ORDER

A pretrial conference having been held on March 17, 2008, it is hereby,

ORDERED that the following schedule of deadlines shall govern the further conduct of pretrial proceedings in this case:

    (a)    Joinder of additional parties - 3/24/08

    (b)    Amendment of pleadings - 3/24/08

    (c)    Completion of all discovery - 6/1/08

    (d)    Filing of pretrial order, proposed jury instructions and requested voir dire questions - 6/13/08.

    (e)    Trial to commence - 7/14/08

The following trial materials shall be filed at least ten days before trial:

    (a)    Trial brief stating the legal and factual issues and authorities relied upon and discussing any anticipated substantive or procedural problems

    (b)    Motions in limine to exclude evidence.

Motions in limine shall be made returnable at the time and date fixed for trial unless made at or prior to the date fixed for filing the pretrial order, in which case they shall be made without a return date and dealt with in accordance with the Court's individual rules of procedure. Papers in opposition to motions in limine made returnable on the trial date shall be filed at least three days before trial.

Dated: March 18, 2008

                                                                  Lewis A. Kaplan
                                                             United States District Court

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08
```