UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL MAGNUS,

                Plaintiff,

vs.

METRO NEW YORK, INC. AND METRO INTERNATIONAL S.A.

                Defendant.

Case No. 08-1731(LAK)(FM)

---

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Metro New York, Inc. and Metro International S.A. hereby certify that they are not publicly traded in the United States.

                Respectfully submitted,

                JACKSON LEWIS LLP
                59 Maiden Lane
                New York, New York 10038
                (212) 545-4000

Dated: March 24, 2008
       New York, New York

                By: _____
                Marjorie Kaye (MK7141)
                Nicole Q. Saldana (NS6524)

                ATTORNEYS FOR DEFENDANTS