# MEMO ENDORSED

DANIEL E. MAGNUS
1 Flagler Drive
Harrison, New York 10580



April 8, 2008

Hon. Lewis A. Kaplan
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                 Re: Daniel E. Magnus vs. Metro New York et al.
                      Nº 08CV173I(LAK)

Dear Judge Kaplan:

     I am the named plaintiff in the above entitled action. The firm of Sklovar & Donath LLC, by Alan L. Sklovar, Esq. represented me up until today. He has been discharged and is no longer my attorney.

     I respectfully request that you adjourn this case for a period of thirty days in order to give me an opportunity to retain the services of another attorney.

                                                        Respectfully yours,

                                                        DANIEL E. MAGNUS

DEM/fb

cc:     Jackson Lewis Esqs. LLC
         Marjorie Kaye, Jr., Esq.
         59 Maiden Lane
         New York, New York 10038

         Sklover & Donath LLC
         Alan L. Skovar, Esq.
         Ten Rockefeller Plaza, Suie 816
         New York, New York 10020

*Case stayed to and including 5/8/08 Mr Sklovar is relieved as counsel*

SO ORDERED

LEWIS A. KAPLAN, USDJ
4/11/08