AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF    NEW YORK

DANIEL MAGNUS,                              **APPEARANCE**

      Plaintiff

  -against-                                Case Number:   08-1731(LAK)(FM)

METRO NEW YORK, INC. AND
METRO INTERNATIONAL S.A.,
      Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff, Daniel Magnus

    I certify that I am admitted to practice in this court.

Date May 12, 2008                           Signature /s/ Joel Martin Aurnou

                                            Joel Martin Aurnou            AU 6135
                                            Print Name                    Bar Number

cc: Jackson Lewis, LLP                      McCarthy Fingar LLP - 11 Martine Avenue
    Marjorie Kaye, Esq. (MK7141)            Address
    59 Maiden Lane
    New York, NY 10038                      White Plains         NY         10606
                                            City                 State      Zip Code

                                            914-946-3700                914-946-0134
                                            Phone Number                Fax Number



# McCarthy Fingar LLP
Counselors at Law

11 Martine Avenue, 12th Floor
White Plains, NY 10606-1934
Phone : 914-946-3700   Fax : 914-946-0134
E-mail : info@mccarthyfingar.com
Web :   www.mccarthyfingar.com

    Direct Line: 914-385-1023
    E-Mail: jaurnou@mccarthyfingar.com

May 12, 2008

Honorable Lewis A. Kaplan
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY   10007

                Re:    **Magnus v. Metro New York, Inc., et al.**
                          **Docket No.**    **08 CV 01731(LAK)**

Dear Judge Kaplan:

       I am the new attorney for the plaintiff, Daniel Magnus, in the above case pending before Your Honor.  After reviewing the matter with my client, particularly Your Honor's comments to my predecessor attorney, and after a telephone discussion with Attorney Marjorie Kaye, representing the defendants herein, I have been authorized by my client to withdraw the RICO cause of action pleaded by my predecessor in his First Amended Complaint.  I believe that there is no longer a basis for federal jurisdiction.  Accordingly, I respectfully ask Your Honor to dismiss this case for lack of federal jurisdiction without prejudice and without cost.  I have advised Ms. Kaye  that I would make the application and the contract action would be filed in New York State Supreme Court.  She has advised me she has no objection thereto, and graciously invited me to a discussion of settlement.

       Under the circumstances, I hope that this will meet with Your Honor's approval.

                                                      Respectfully yours,

                                                    JOEL MARTIN AURNOU (AU 6135)

JMA/km

    cc:    Marjorie Kaye, Esq. (MK 7141)
            Jackson Lewis, LLP
            59 Maiden Lane
            New York, NY   10038

{00065045.DOC.}