UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
                                                        :
**DANIEL MAGNUS**,                                      :           **No. 08 CV 01731**
                                                        :                 **(LAK)**
                                      Plaintiff,        :
                                                        :       **NOTICE OF APPEARANCE**
            — against —                                 :
                                                        :
**METRO NEW YORK, INC. AND**                            :
**METRO INTERNATIONAL, S.A.,**                          :
                                                        :
                                      Defendants.       :
                                                        :
------------------------------------------------------------------------ x


       **PLEASE TAKE NOTICE**, that SACK & SACK, ESQS., hereby appears as counsel for

Plaintiff Daniel Magnus in the above-captioned action.  Service of all pleadings, papers and

documents required to be served in the action should also be served on the undersigned as

counsel to Plaintiff Daniel Magnus.


Dated:          New York, New York
                May 22, 2008
                                            Respectfully submitted,
                                            **SACK & SACK, ESQS.**


                                            */s/ Jonathan Sack*
                                            _____
                                      By:   Jonathan S. Sack, Esq. (JSS 1835)


                                            Attorneys for Plaintiff
                                            110 East 59th Street, 19th Floor
                                            New York, New York 10022
                                            Tel.: (212) 702-9000
                                            Fax: (212) 702-9702
                                            Email: jsack@sackandsack.com