UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DANIEL MAGNUS

               Plaintiff(s),

-against-

METRO NEW YORK, INC. AND METRO
INTERNATIONAL S.A.

               Defendant(s).
-------------------------------------------------------x

**ORIGINAL**

ORDER OF DISCONTINUANCE

08   Civ. 1731 (LAK)(FM)

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with/~~without~~ prejudice and ~~with~~/without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:  New York, New York
            June 25, 2008

_____
FRANK MAAS
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

Attorney(s) for Plaintiff

Agreed and Consented to:

Jackson Lewis LLP
Attorney(s) for Defendant
59 Maiden Lane
New York, NY 10038
(212) 545-4020

Agreed and Consented to:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
                                              :
            Plaintiff(s),                     :       ORDER OF DISCONTINUANCE
                                              :
    -against-                                 :       Civ.    (    )(FM)
                                              :
                                              :
            Defendant(s).                     :
------------------------------------------------------------X

It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued with/~~without~~ prejudice and ~~with~~/without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
              , 200

                                                      _____
                                                      FRANK MAAS
                                                      United States Magistrate Judge


_____                       _____
Attorney(s) for Plaintiff                             Attorney(s) for Defendant

SACK & SACK
110 EAST 59TH STREET, 19TH FLOOR
NEW YORK, NEW YORK 10022
Agreed and Consented to:                              Agreed and Consented to:
(212) 702-9000


_____                       _____