UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DANIEL MAGNUS,

                Plaintiff,                Index No. 08 CV 1731

      -against-

METRO NEW YORK, INC. and METRO
INTERNATIONAL S.A.
                Defendant.
----------------------------------------------------------X

### STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Daniel Magnus and Defendants Metro New York, Inc. and Metro International S.A., by their counsel, that the above-captioned action is dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any Party.

                                              Jonathan S. Sack, Esq.
                                              Sack & Sack
                                              135 East 57th Street, 12th Floor
                                              New York, New York 10022

\_\_7/14/08\_\_            By:_____
Date                             Jonathan S. Sack, Esq.
                                    ATTORNEYS FOR PLAINTIFF

                                    JACKSON LEWIS LLP
                                    59 Maiden Lane
                                    New York, New York 10038-4502
                                    (212) 545-4000

\_\_July 14, 2008\_\_      By:_____
Date                             Marjorie Kaye, Jr. (MK 7141)
                                    ATTORNEYS FOR DEFENDANT